An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY NGUYEN, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
and
DARLENE MAYS; ROSE
HALLIBURTON; VENUS
BLANKENSHIP; CHERIE L. LASTER;
DIGNITY HEALTH; ST. ROSE
DOMINICAN HOSPITAL SIENA
CAMPUS; ROSNER PATRICK LUSS,
M.D.; AND BRIAN E. LEE, M.D.,
Real Parties in Interest.

No. 67187

FILED

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Having considered the petition and appendices in this original proceeding, we are not persuaded that petitioner has met his burden to demonstrate that our extraordinary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04755

cc: Hon. Ronald J. Israel, District Judge
Carroll, Kelly, Trotter, Franzen, & McKenna
Mandelbaum, Ellerton & Kolkoski
Parker Scheer Lagomarsino
E. Breen Arntz, Chtd.
Alverson Taylor Mortensen & Sanders
Lauria Tokunaga Gates & Linn, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A